

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:    01-19-00249-CR

Trial Court Cause
Number:    19-339023

Style:    Anthony Mottin

    **v** The State of Texas

Date motion filed[*]:    November 23, 2020

Type of motion:    Rehearing

Party filing motion:    Appellant

Document to be filed:

Is appeal accelerated? ☐ YES    ☐ NO

Ordered that motion is:

    ☐ Granted

        If document is to be filed, document due:

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☒ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: /s/ Sherry Radack
        ☐ Acting individually    ☒ Acting for the Court

Panel consists of    Chief Justice Radack and Justice Hightower

Date:  April 20, 2021